# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 20-2014

———————————————

Logan Lundahl; Holli Lundahl

*Plaintiffs - Appellants*

v.

JP Morgan Chase Bank; Old Republic Insurance Co.; Mel Hoffman; Los Angeles Homeowners Aid; Lilia Chavarin; American Modern Insurance Group, Inc.; First American Title Insurance Company; Does 1-10; HSBC; Smith County, TX; Lois Mosley; Paul Kelley, Jr.; Sandra Copeland; David Gilbertson; Craig Pfeifle, in their Administrative Capacities; American Title Insurance Co.

*Defendants - Appellees*

———————————————

Appeal from United States District Court
for the District of South Dakota - Western

———————————————

Submitted: May 20, 2021
Filed: May 25, 2021
[Unpublished]

———————————————

Before LOKEN, MELLOY, and KOBES, Circuit Judges.

———————————————

PER CURIAM.

Logan and Holli Lundahl appeal following the district court's[1] dismissal of their civil action, brought under, inter alia, the Racketeer Influenced and Corrupt Organizations Act. After careful review of the record and the parties' arguments on appeal, we conclude the claims asserted are frivolous and therefore find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny the Lundahls' pending motions.

_____

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.